FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

April 5, 2013

No. 04-13-00014-CV

James E. **WALLACE** Sr.,
Appellant

v.

Letitia Ann **WALLACE**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-10056
Honorable Larry Noll, Judge Presiding

# O R D E R

The trial court signed an order to clarify the underlying divorce decree on August 3, 2012. *See* TEX. FAM. CODE ANN. § 9.008 (West 2006). Appellant timely filed a motion for new trial on September 4, 2012. *See* TEX. R. CIV. P. 329b(a). Appellant's notice of appeal was due on November 1, 2012. *See* TEX. R. APP. P. 26.1(a). A motion for extension of time was due not later than November 16, 2012. *See id.* R. 26.3. Appellant's notice of appeal was filed on December 3, 2012. *See generally Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) ("[A] motion for extension of time is necessarily implied when an appellant acting in good faith files a [notice of appeal] beyond the time allowed by Rule [26.1], but *within* the fifteen-day period in which the appellant would be entitled to move to extend the filing deadline under Rule [26.3]." (emphasis added)).

Therefore, we ORDER Appellant to SHOW CAUSE in writing within fifteen days of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a); *Verburgt*, 959 S.W.2d at 617 ("[O]nce the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction."). If Appellant fails to respond within the time provided, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

All other appellate deadlines are SUSPENDED pending further order of this court.

FILE COPY

<br>

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of April, 2013.



Keith E. Hottle
Clerk of Court